UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ardell L. Jenkins, | File No. 19-cv-1090 (ECT/SER) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Ugene, Scott, Ayana, and Anoka County Human Service Economic Assistance, | |
| Defendants. | |

---

The Court has received the June 11, 2019 Report and Recommendation of United States Magistrate Judge Steven E. Rau. ECF No. 4. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. This action is **DISMISSED** without prejudice; and

3. Plaintiff Ardell L. Jenkins' Application to Proceed in District Court Without Prepaying Fees of Costs [ECF No. 2] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 1, 2019
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court